# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VICKIE GUBALKE, ) | |
| ) | Case No. 8:04CV389 |
| Plaintiff, ) | |
| ) | |
| vs. ) | **REASSIGNMENT ORDER** |
| ) | |
| CONAGRA FOODS, INC., ) | |
| ) | |
| Defendant. ) | |

A Consent to Exercise of Jurisdiction by United States Magistrate Judge has not been filed. Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Richard G. Kopf for disposition and to Magistrate F. A. Gossett for judicial supervision and processing of all pretrial matters.

Dated this 27th day of April, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge, United States District Court